# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID NEWMAN,<br><br>                Plaintiff,<br><br>Vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, MICROSOFT, a Washington Corporation,<br><br>                Defendants. | No.<br><br>COMPLAINT FOR DAMAGES |

COMES NOW the Plaintiff by and through Counsel, Rodney R. Moody, and hereby alleges as follows.

## I. INTRODUCTION

1.1  This is an action for failure to pay Short-Term Disability benefits, a failure to provide timely information as required, and a failure to comply with the Washington Law Against Discrimination based on disability discrimination.

## II. JURISDICTION AND VENUE

2.1  Jurisdiction for such proceedings exists pursuant to 29 U.S.C.A. §1132 and RCW 49.60.180.

2.2  Venue is proper in the Federal District Court for Western Washington.

COMPLAINT FOR DAMAGES
Page 1 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

## III. PARTIES

3.1 The Plaintiff is a married individual residing in Snohomish County, Washington.

3.2 Prudential Insurance Company of America is a corporation licensed to conduct business within the State of Washington.

3.3 Microsoft is a corporation licensed to conduct business within the State of Washington.

## IV. FACTS

4.1 At the time of his termination on February 4, 2013, the Plaintiff had been employed by Defendant Microsoft for 10.5 years.

4.2 During the first 9.5 years of his employment with Defendant Microsoft Plaintiff was successfully employed as an Operations Manager. All performance reviews in this position were positive.

4.3 In 2011, the Plaintiff was transferred into the role of Program Manager 2 by Defendant Microsoft.

4.4 During a business trip to India the Plaintiff developed a form of tuberculosis from which he has suffered significant gastrointestinal distress. Despite significant treatment the Plaintiff has not been able to recover from this illness.

4.5 Throughout 2011 and 2012 Plaintiff was periodically sick requiring him to miss significant blocks of time from work because of his physical incapacitation.

4.6 On July 31, 2012, Plaintiff went out on sick leave once again due to gastrointestinal distress.

4.7 In 2012, the Plaintiff's manager gave him a performance review during which he received a score of five. A score of five is considered very negative and denied the Plaintiff the opportunity to receive a raise, a bonus, or stocks in compensation. His manager encouraged him to seek a lateral position within Microsoft.

COMPLAINT FOR DAMAGES
Page 2 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

4.8   Because of his illness the Plaintiff was unable to look for a lateral position within Microsoft. On October 22, 2012, the Plaintiff's house was involved in a catastrophic fire. The time required to address this circumstance contributed to Plaintiff's inability to look for a lateral position within Microsoft.

4.9   In July 2012, the Plaintiff applied for all available benefits from Defendant Prudential due to his disability. He was notified by letter dated July 23, 2012, that his request had been received. A summarization of his benefits was contained.

4.10   On August 13, 2012, Defendant Prudential notified Plaintiff by a Claims Examiner that additional information was required.

4.11   On September 13, 2012, Plaintiff was notified by Defendant Prudential that Prudential considered him not qualified for paid short-term disability (STD) leave. Plaintiff responded to this letter providing the additional information as was requested.

4.12   On September 26, 2012, Defendant Prudential notified Plaintiff that they had received additional information from Plaintiff's physician. Plaintiff was notified that this additional information did not change the decision to deny STD benefits.

4.13   On January 10, 2013, Plaintiff was notified by Defendant Prudential that his request for STD leave benefits was approved from October 5, 2012, through November 7, 2012. All additional requests for STD leave benefits from July 30, 2012 through October 4, 2012, and from November 8, 2012, from that point forward have been denied by Defendant Prudential.

4.14   Plaintiff throughout all of these periods of time has been affected by the gastronomical distress and incapable of returning to work.

COMPLAINT FOR DAMAGES
Page 3 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

4.15 In February 2013, the Plaintiff physically was able to return to work. He expected to return on February 4, 2013. On this date when he expected to return to work his employment was terminated by Defendant Microsoft.

4.16 Defendant Prudential has paid no further disability benefits to Plaintiff other than the period from October 5 through November 7, 2012

4.17 Subsequent to July 30, 2012, while covered by the relevant insurance policies Plaintiff sustained a serious disabling illness which qualified him for short-term disability benefits under the policy in place. As a result of this above-described illness, Plaintiff has been wholly and continuously disabled and under professional care and regular attendance of a legally qualified physician.

4.18 Defendant Prudential has wrongfully and in violation of the terms of the policy refused to make further STD payments to Plaintiff, and still fails or refuses to pay Plaintiff the benefits to which he is entitled under the policy.

4.19 Plaintiff has performed all the conditions of the policy to be performed on his part.

4.20 Under the terms of the policy, Defendant Prudential is liable to Plaintiff for short-term disability payments from July 31, 2012 through October 4, 2012, and from November 8, 2012 until benefits were exhausted. Plaintiff is entitled to a judgment in the amount of benefits not paid as well as interest for Defendant Prudential failure to pay benefits under the policy.

4.21 Defendant Microsoft was aware of the disability experienced by Plaintiff periodically throughout 2011 and 2012. Defendant Microsoft was aware of Plaintiff's incapacity and inability to return to work after July 31, 2012.

4.22 Defendant Microsoft wrongfully terminated Plaintiff's employment on February 4, 2013, because of Plaintiff's disability.

COMPLAINT FOR DAMAGES
Page 4 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

4.23  On July 16, 2013, a letter was sent by Counsel for Plaintiff to Defendant Prudential regarding the denial of his short-term disability benefits. In this letter, Plaintiff requested a copy of the latest updated summary, plan description, bargaining agreement, trust agreement, contract, or other instruments under which the plan he was on operated. This request was made pursuant to 29 U.S.C.A. 1024(b)(4).

4.24  On July 30, 2013, Counsel for Plaintiff received materials from Defendant Prudential but the materials received were not what was requested. The materials received were physician's notes, medical records, and miscellaneous correspondence.

4.25  On August 7, 2013, a second letter was sent to Defendant Prudential again requesting pursuant to 29 U.S.C.A. 1024(b)(4) a copy of the latest updated summary, plan description, bargaining agreement, trust agreement, contract, or other instruments under which the Plaintiff's plan was operated.

4.25  As of the date of this complaint no response has been received from Defendant Prudential and the requested materials have not been provided.

## V. ERISA VIOLATION

5.1  Plaintiff hereby re-alleges the preceding paragraphs as fully set forth herein.

5.2  Defendant Prudential is a corporation and insurance company permitted to conduct business within the State of Washington.

5.3  Plaintiff has experienced gastrointestinal distress which has disabled him from being able to work and for which he qualifies for STD benefits under the policy in place.

5.4  Defended Prudential has wrongfully refused to pay STD benefits to Plaintiff.

5.5  Plaintiff has suffered economic damages in an amount to be established at trial.

COMPLAINT FOR DAMAGES
Page 5 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

## VI. DOCUMENTATION VIOLATION

6.1   Plaintiff hereby re-alleges the preceding paragraphs as fully set forth herein.

6.2   Plaintiff has requested information from Defendant Prudential regarding the policy on multiple occasions.

6.3   Defendant Prudential has refused to provide the requested information to Plaintiff to which he is entitled.

6.4   Plaintiff has suffered economic damages in an amount to be established at trial.

## VII. DISABILITY DISCRIMINATION

7.1   Plaintiff hereby re-alleges the preceding paragraphs as fully set forth herein.

7.2   While engaged in a business related trip on behalf of Defendant Microsoft the Plaintiff developed gastrointestinal distress which has rendered him incapable of being able to work since July 30, 2012.

7.3   Plaintiff was released by his physician to return to work on February 4, 2013. On February 4, 2013, Plaintiffs employment with Defendant Microsoft was terminated.

7.4   Plaintiffs employment was terminated because of the disability from which he suffers.

7.5   Plaintiffs employment has been replaced by an individual who is not disabled.

7.6   Plaintiff has suffered economic damages in an amount to be established at trial.

## VIII. PRAYER FOR RELIEF

WHEREFORE having stated the preceding causes of action Plaintiff does hereby pray for relief as follows:

1.   For general damages in an amount to be proved at trial;

2.   For special damages;

COMPLAINT FOR DAMAGES
Page 6 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

3. For an award of reasonable attorney's fees pursuant to RCW 49.60 et seq.;

4. For costs of suit herein; and

5. For such other and further relief as the court deems just and proper.

DATED this 22 day of November, 2013.

*signature*

Rodney R. Moody, WSBA #17416
Attorney for Plaintiff

COMPLAINT FOR DAMAGES
Page 7 of 7

*Law Office of*
**RODNEY R. MOODY**
2820 Oakes Ave., Ste. D
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941